UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALFREDO PUENTES,

        Plaintiff

  v.

AITOR NARVAZIA, *et al*.,

        Defendants

Case No. 3:19-cv-00600-MMD-WGC

ORDER

## I. DISCUSSION

On October 4, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On October 16, 2019, Plaintiff filed a notice advising the Court that he had turned in the paperwork to receive a financial certificate, but he had not received it yet from the NDOC. (ECF No. 4). The Court will construe Plaintiff's notice (ECF No. 4) as a motion for extension of time to file a fully complete application to proceed *in forma pauperis*, including both an inmate account statement for the past six months and a properly executed financial certificate. The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate, or pay the full $400 filing fee on or before within thirty (30) days from the date of this order.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Plaintiff's motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including an inmate account statement for the past six months and a properly executed financial certificate, in

compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: November 13, 2019.

_____
UNITED STATES MAGISTRATE JUDGE